UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOND HENDERSON, | No. 2:15-cv-1826-EFB P |
| Plaintiff, | |
| v. | ORDER |
| R. BARNES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On March 22, 2017, the court determined that plaintiff's complaint stated a potentially cognizable Eighth Amendment excessive force claims against defendants Meraz and Mejia. ECF No. 7. That order also dismissed all other claims and defendants with leave to amend. Plaintiff was directed to return the documents necessary to effect service of process on defendants Meraz and Mejia or to file an amended complaint attempting to cure the defects listed therein within thirty days. *Id*. That order warned plaintiff that failure to comply with the order could result in dismissal of this case. The time for acting has passed and plaintiff has failed to return the documents necessary to effect service of process on defendants, failed to file an amended complaint and has not otherwise responded to the court's order.

1

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

3 Dated: May 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE